UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x        14-cv-05684 LTS

CAROL DOBSON,

              Plaintiff

   -against-                                                                                         CORPORATE DISCLOSURE
                                                                                      STATEMENT

MCS CLAIM SERVICES, INC. and CREDIT
BUREAU OF NAPA COUNTY, INC. d/b/a
CHASE RECEIVABLES,

              Defendants

-----------------------------------------------------------------x

TO THE CLERK OF THE COURT:

   There is no parent corporation or any publicly held corporation which owns 10% of more of

the stock of either the Defendant CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE

RECEIVABLES.


DATED: November 7, 2014

                                                                              / s / *Robert L. Arleo*
                                                                              ROBERT L. ARLEO, ESQ.
                                                                              (RA 7506)
                                                                              380 Lexington Avenue
                                                                              17th Floor
                                                                              New York, New York  10168
                                                                              (212) 551-1115


TO: THOMPSON CONSUMER LAW GROUP, LLC
     5235 E. Southern Avenue   D106-618
     Mesa, AZ    85206